# EXHIBIT B

# Application of U.S. Patent No. 9,497,321 to LG Electronics

# U.S. Patent No. 9,497,321 – Claim 20

[PRE] A non-transitory computer-readable medium comprising executable data capable of causing a programmable device to perform the steps of:

[A] in response to an incoming call, detecting an identification of the incoming call from a calling party;

[B] assigning priority on the incoming call based on a predefined scheme, wherein a higher priority call is forwarded to a user and a lower priority call is forwarded to voice mail without notifying a receipt of the incoming call to the user, regardless of a time of receipt of the incoming call during a selective forwarding mode; and

[C] providing a notification for indicating a reception of the voice mail.

| Claim 20 | Application of U.S. Patent No. 9,497,321 to LGE |
|---|---|
| [PRE] A non-transitory computer-readable medium comprising executable data capable of causing a programmable device to perform the steps of: | LGE makes, uses, offers to sell, sells, and/or imports into the United States smartphones that support Do Not Disturb (the "Accused Products").  The Accused Products include memory storing computer executable code (i.e., a non-transitory computer-readable medium comprising executable data capable of causing a programmable device to perform steps) that causes the device to perform the steps of claim 20.<br><br> <br><br> **DISPLAY**<br>6.8" OLED FHD+ Cinematic FullVision™ Displays 20.5:9 (2460x1080)<br><br> **CHIPSET**<br>Qualcomm Snapdragon™ 865 Octa-core<br><br> **MEMORY**<br>• Internal Memory: 128 GB (up to 99 GB usable)[1]<br>• Expandable up to 2 TB with Micro SD Card<br><br> **CAMERA**<br>Triple Rear Cameras:<br>64 MP Standard<br>13 MP Wide-Angle, 117° FOV<br>Z Camera<br>Front:<br>10 MP Front-facing Camera<br><br>https://www.lg.com/us/mobile-phones/v60-thinq-dual-screen/specs#iw_comp1552886069288 |

| **Claim 20** | **Application of U.S. Patent No. 9,497,321 to LGE** |
|---|---|
| [A] in response to an incoming call, detecting an identification of the incoming call from a calling party; | When in Do Not Disturb mode, the Accused Products detect, in response to an incoming call, an identification of an incoming call from a calling party.  For example, the Accused Products detect whether an incoming call is from a "Contact" or a "Favorite."  The Accused Products also detect call identification information (e.g., caller number, location, name).   |

| **Claim 20** | **Application of U.S. Patent No. 9,497,321 to LGE** |
|---|---|
| [B] assigning priority on the incoming call based on a predefined scheme, wherein a higher priority call is forwarded to a user and a lower priority call is forwarded to voice mail without notifying a receipt of the incoming call to the user, regardless of a time of receipt of the incoming call during a selective forwarding mode; and | When in Do Not Disturb mode, Accused Products assign priority on the incoming call based on a predefined scheme. For example, the Accused Products assign priority to an incoming call based on whether it is from a "Contact" or whether it is from a "Favorite."   |

| Claim 20 | Application of U.S. Patent No. 9,497,321 to LGE |
|---|---|
| [B] assigning priority on the incoming call based on a predefined scheme, wherein a higher priority call is forwarded to a user and a lower priority call is forwarded to voice mail without notifying a receipt of the incoming call to the user, regardless of a time of receipt of the incoming call during a selective forwarding mode; and | When in Do Not Disturb mode, a higher priority call (e.g., a call from a "Contact," a call from a "Favorite") is forwarded to the user; a lower priority call (e.g., a call from an unknown number, a call from someone that is not a "Favorite") is forwarded to voice mail without notifying the user of the incoming call.<br><br>  |

| Claim 20 | Application of U.S. Patent No. 9,497,321 to LGE |
|---|---|
| [B] assigning priority on the incoming call based on a predefined scheme, wherein a higher priority call is forwarded to a user and a lower priority call is forwarded to voice mail without notifying a receipt of the incoming call to the user, regardless of a time of receipt of the incoming call during a selective forwarding mode; and | When in Do Not Disturb mode, a higher priority call (e.g., a call from a "Contact," a call from a "Favorite") is forwarded to the user; a lower priority call (e.g., a call from an unknown number, a call from someone that is not a "Favorite") is forwarded to voice mail without notifying the user of the incoming call.<br><br>  |

| Claim 20 | Application of U.S. Patent No. 9,497,321 to LGE |
|---|---|
| [B] assigning priority on the incoming call based on a predefined scheme, wherein a higher priority call is forwarded to a user and a lower priority call is forwarded to voice mail without notifying a receipt of the incoming call to the user, regardless of a time of receipt of the incoming call during a selective forwarding mode; and | Unless otherwise configured by a user, Do Not Disturb mode silences notifications and calls regardless of a time of receipt of the incoming call.<br><br>  |

| Claim 20 | Application of U.S. Patent No. 9,497,321 to LGE |
|---|---|
| [C] providing a notification for indicating a reception of the voice mail. | When in Do Not Disturb mode, the Accused Products provide a notification indicating reception of a voice mail. |