# EXHIBIT C

# Application of U.S. Patent No. 9,338,292
# to
# LG Electronics

# U.S. Patent No. 9,338,292 – Claim 14

[PRE] A non-transitory computer-readable medium comprising executable data capable of causing a programmable device to perform the steps of:

[A] in response to an incoming call, detecting an identification of the incoming call from a calling party;

[B] assigning priority on the incoming call based on a predefined scheme, wherein a higher priority call is forwarded to a user and a lower priority call is forwarded to voice mail without notifying a receipt of the incoming call, regardless of a time of receipt of the incoming call; and

[C] providing a notification for indicating a reception of the voice mail.

| Claim 14 | Application of U.S. Patent No. 9,338,292 to LGE |
|---|---|
| [PRE] A non-transitory computer-readable medium comprising executable data capable of causing a programmable device to perform the steps of: | LGE makes, uses, offers to sell, sells, and/or imports into the United States smartphones that support Do Not Disturb (the "Accused Products").  The Accused Products include memory storing computer executable code (i.e., a non-transitory computer-readable medium comprising executable data capable of causing a programmable device to perform steps) that causes the device to perform the steps of claim 14. <br><br>**LG V60 ThinQ™ and LG Dual Screen™**<br><br>Key Features<br><br>LG Dual Screen™ (Sold separately from select carriers.)<br>• Detachable 2 Screen Design<br>• Dual 6.8" OLED FHD Displays<br>• Multi-task, Work and Play Like Never Before<br><br>LG V60 ThinQ™ 5G<br>• 8K Video Recording<br>• Triple Camera System: 64 MP Standard, 13 MP Ultra-Wide and Z-Camera<br>• All-Day 5,000 mAh Battery<br>• 5G Connectivity<br><br>Buy Now<br><br> **DISPLAY** 6.8" OLED FHD+ Cinematic FullVision™ Displays 20.5:9 (2460x1080)<br><br> **CHIPSET** Qualcomm Snapdragon™ 865 Octa-core<br><br> **MEMORY** • Internal Memory: 128 GB (up to 99 GB usable)[1] • Expandable up to 2 TB with Micro SD Card<br><br> **CAMERA** Triple Rear Cameras: 64 MP Standard 13 MP Wide-Angle, 117° FOV Z Camera **Front:** 10 MP Front-facing Camera<br><br>https://www.lg.com/us/mobile-phones/v60-thinq-dual-screen/specs#iw_comp1552886069288 |

| Claim 14 | Application of U.S. Patent No. 9,338,292 to LGE |
|---|---|
| [A] in response to an incoming call, detecting an identification of the incoming call from a calling party; | When in Do Not Disturb mode, the Accused Products detect, in response to an incoming call, an identification of an incoming call from a calling party.  For example, the Accused Products detect whether an incoming call is from a "Contact" or a "Favorite."  The Accused Products also detect call identification information (e.g., caller number, location, name).<br><br>  |

| Claim 14 | Application of U.S. Patent No. 9,338,292 to LGE |
|---|---|
| [B] assigning priority on the incoming call based on a predefined scheme, wherein a higher priority call is forwarded to a user and a lower priority call is forwarded to voice mail without notifying a receipt of the incoming call, regardless of a time of receipt of the incoming call; and | When in Do Not Disturb mode, Accused Products assign priority on the incoming call based on a predefined scheme. For example, the Accused Products assign priority to an incoming call based on whether it is from a "Contact" or whether it is from a "Favorite."   |

| Claim 14 | Application of U.S. Patent No. 9,338,292 to LGE |
|---|---|
| [B] assigning priority on the incoming call based on a predefined scheme, wherein a higher priority call is forwarded to a user and a lower priority call is forwarded to voice mail without notifying a receipt of the incoming call, regardless of a time of receipt of the incoming call; and | When in Do Not Disturb mode, a higher priority call (e.g., a call from a "Contact," a call from a "Favorite") is forwarded to a user; a lower priority call (e.g., a call from an unknown number, a call from someone that is not a "Favorite") is forwarded to voice mail without notifying the user of the incoming call.   |

| Claim 14 | Application of U.S. Patent No. 9,338,292 to LGE |
|---|---|
| [B] assigning priority on the incoming call based on a predefined scheme, wherein a higher priority call is forwarded to a user and a lower priority call is forwarded to voice mail without notifying a receipt of the incoming call, regardless of a time of receipt of the incoming call; and | Unless otherwise configured by a user, Do Not Disturb mode silences notifications and calls regardless of a time of receipt of the incoming call.   |

| Claim 14 | Application of U.S. Patent No. 9,338,292 to LGE |
|---|---|
| [C] providing a notification for indicating a reception of the voice mail. | When in Do Not Disturb mode, the Accused Products provide a notification indicating reception of a voice mail.<br><br> |