# **EXHIBIT D**

# Application of U.S. Patent No. 9,167,088
# to
# LG Electronics

# U.S. Patent No. 9,167,088 – Claim 14

[PRE] A method of providing a selective silencing in an electronic device, the method comprising:

[A] demodulating an incoming call signal from a calling party;

[B] detecting at least a portion of the incoming call signal to determine an identification of the incoming call signal from the calling party; and

[C] in response to the determined identification of the incoming call, assigning a priority to the incoming signal based on a predefined scheme;

[D] wherein a higher priority call is forwarded to the electronic device for communication, and a remainder is forwarded to voice mail without having the electronic device ring regardless of a time of receipt of the incoming call.

| Claim 14 | Application of U.S. Patent No. 9,167,088 to LGE |
|---|---|
| [PRE] A method of providing a selective silencing in an electronic device, the method comprising: | LGE makes, uses, offers to sell, sells, and/or imports into the United States smartphones that support Do Not Disturb (the "Accused Products"). When in Do Not Disturb mode, Accused Products provide selective silencing of an electronic device.<br><br>**LG V60 ThinQ™ and LG Dual Screen™**<br><br>**Key Features**<br><br>LG Dual Screen™ (Sold separately from select carriers.)<br>• Detachable 2 Screen Design<br>• Dual 6.8" OLED FHD Displays<br>• Multi-task, Work and Play Like Never Before<br><br>LG V60 ThinQ™ 5G<br>• 8K Video Recording<br>• Triple Camera System: 64 MP Standard, 13 MP Ultra-Wide and Z-Camera<br>• All-Day 5,000 mAh Battery<br>• 5G Connectivity<br><br>**DISPLAY**<br>6.8" OLED FHD+ Cinematic FullVision™ Displays 20.5:9 (2460x1080)<br><br>**CHIPSET**<br>Qualcomm Snapdragon™ 865 Octa-core<br><br>**MEMORY**<br>• Internal Memory: 128 GB (up to 99 GB usable)[1]<br>• Expandable up to 2 TB with Micro SD Card<br><br>**CAMERA**<br>Triple Rear Cameras:<br>64 MP Standard<br>13 MP Wide-Angle, 117° FOV<br>Z Camera<br>Front:<br>10 MP Front-facing Camera<br><br>https://www.lg.com/us/mobile-phones/v60-thinq-dual-screen/specs#iw_comp1552886069288 |

| **Claim 14** | **Application of U.S. Patent No. 9,167,088 to LGE** |
|---|---|
| [A] demodulating an incoming call signal from a calling party;<br><br>[B] detecting at least a portion of the incoming call signal to determine an identification of the incoming call signal from the calling party; and | When in Do Not Disturb mode, the Accused Products demodulate an incoming call signal from a calling party and detect at least a portion of the incoming call signal to determine an identification of the incoming call signal from the calling party.  For example, the Accused Products detect whether an incoming call is from a "Contact" or a "Favorite."  The Accused Products also detect call identification information (e.g., caller number, location, name).<br><br>  |

| Claim 14 | Application of U.S. Patent No. 9,167,088 to LGE |
|---|---|
| [C] in response to the determined identification of the incoming call, assigning a priority to the incoming signal based on a predefined scheme; | When in Do Not Disturb mode, Accused Products assign a priority to the incoming signal based on a predefined scheme in response to the determined identification of the incoming call. For example, the Accused Products assign priority to an incoming call based on whether it is from a "Contact" or whether it is from a "Favorite."   |

| Claim 14 | Application of U.S. Patent No. 9,167,088 to LGE |
|---|---|
| [D] wherein a higher priority call is forwarded to the electronic device for communication, and a remainder is forwarded to voice mail without having the electronic device ring regardless of a time of receipt of the incoming call. | When in Do Not Disturb mode, a higher priority call (e.g., a call from a "Contact," a call from a "Favorite") is forwarded to the device as an incoming call; a lower priority call (e.g., a call from an unknown number, a call from someone that is not a "Favorite") is forwarded to voice mail without the device ringing.<br><br>  |

| Claim 14 | Application of U.S. Patent No. 9,167,088 to LGE |
|---|---|
| [D] wherein a higher priority call is forwarded to the electronic device for communication, and a remainder is forwarded to voice mail without having the electronic device ring regardless of a time of receipt of the incoming call. | When in Do Not Disturb mode, a higher priority call (e.g., a call from a "Contact," a call from a "Favorite") is forwarded to the device as an incoming call; a lower priority call (e.g., a call from an unknown number, a call from someone that is not a "Favorite") is forwarded to voice mail without the device ringing.<br><br>  |

| Claim 14 | Application of U.S. Patent No. 9,167,088 to LGE |
|---|---|
| [D] wherein a higher priority call is forwarded to the electronic device for communication, and a remainder is forwarded to voice mail without having the electronic device ring regardless of a time of receipt of the incoming call. | Unless otherwise configured by a user, Do Not Disturb mode silences notifications and calls regardless of a time of receipt of the incoming call.<br><br>  |